■ ABUL SAADU LLAH et al., Plaintiffs, v ARTHUR WILDER, Defendant and Third-Party Plaintiff-Appellant. FRANK MAGRI, Third-Party Defendant; MIR M. ALI, Third-Party Defendant-Respondent. [691 NYS2d 338] —Appeal by the defendant third-

party plaintiff from an order of the Supreme Court, Nassau County (Feuerstein, J.), dated July 7, 1998.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Feuerstein at the Supreme Court. Mangano, P. J., Santucci, Krausman, Florio and H. Miller, JJ., concur.